**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Ajmal Mangal**
Plaintiff

V.

CIVIL ACTION

NO. **1:25-cv-12016-RGS**

**Noem et al**
Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

In accordance with the Court's Order entered August 21, 2025 [Doc. No. 7] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

8/21/2025
Date

/s/ Jacqueline Martin
Deputy Clerk